IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-00038-01-CR-W-GAF |
| | ) |
| TYRONE HARRIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is defendant's pro se Motion to Dismiss (Doc. #86) and Writ of Coram Nobis (Doc. #88). Though titled differently, defendant seeks basically the same relief, i.e., that the Court reconsider its previous ruling which denied defendant's suppression motions.

On January 24, 2012, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #117).

Upon careful and independent review of the pending motions, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

1

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss (Doc. #86) and Defendant's Writ of Coram Nobis (Doc. #88) are OVERRULED and DENIED.

SO ORDERED.

                                               s/ Gary A. Fenner_____
                                             GARY A. FENNER, JUDGE
                                             United States District Court

DATED:   February 29, 2012